**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7140**

PATRICK L. BOOKER,

Plaintiff - Appellant,

v.

SUPREME COURT OF SOUTH CAROLINA; JEAN H. TOAL, Chief
Justice; COSTA PLEICONES, Associate Justice; DONALD W.
BEATTY, Associate Justice; JOHN KITTREDGE, Associate
Justice; KAYE HEARN, Associate Justice,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Mary G. Lewis, District Judge.
(2:16-cv-00058-MGL)

Submitted: January 31, 2017          Decided: February 3, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patrick L. Booker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick L. Booker appeals the district court's order accepting in substantial part the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Booker v. Sup. Ct. of S.C., No. 2:16-cv-00058-MGL (D.S.C. Aug. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED